# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:18-cv-09691-RGK-PJW | Date | April 01, 2019 |
|---|---|---|---|
| Title | *Leonard Williams, et al. v. Warner Music Group, et al.* | | |

Present: The Honorable **R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE**

| Sharon L. Williams (Not Present) | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff: Not Present

Attorneys Present for Defendant: Not Present

**Proceedings:** **(IN CHAMBERS) ORDER re Plaintiff's Ex Parte Application for Extension of Time to Seek Class Certification (DE 29)**

On March 27, 2019, Plaintiffs Lenny Williams and the Lenny Williams Production Company ("Plaintiffs") filed a noticed Motion for an Extension to file a motion for class certification. Since the motion was calendared for hearing on April 29, 2019, while the current deadline for Plaintiffs to file a motion for class certification is April 2, 2019, the Court deemed Plaintiff's motion for extension an *ex parte* application. Defendant Warner Bros. Records Inc. timely opposed the request for an extension.

After reviewing the parties' submissions, the Court **ORDERS THE PARTIES TO SHOW CAUSE** as to why the Court should not immediately open discovery for the limited purpose of class certification and continue Plaintiffs' deadline to file their motion for class certification to May 13, 2019. Responses shall be lodged no later than **April 4, 2019** and shall be limited to **ten pages**. The current deadline to file class certification is continued until further notice.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer