UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 21 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LEONARD WILLIAMS, on behalf of himself and all others similarly situated and THE LENNY WILLIAMS PRODUCTION COMPANY, a California corporation,<br><br>      Plaintiffs - Appellees,<br><br> v.<br><br>WARNER MUSIC GROUP CORPORATION, a Delaware Corporation and WARNER BROS. RECORDS, INC., a Delaware Corporation,<br><br>      Defendants - Appellants. | No. 19-56121<br><br>D.C. No. 2:18-cv-09691-RGK-PJW<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered October 30, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure. The parties shall bear their own costs.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7