Neville L. Johnson (SBN 66329)
  *njohnson@jjllplaw.com*
Douglas L. Johnson (SBN 209216)
  *djohnson@jjllplaw.com*
Daniel B. Lifschitz (SBN 285068)
  *dlifschitz@jjllplaw.com*
**JOHNSON & JOHNSON LLP**
439 North Canon Drive, Suite 200
Beverly Hills, CA 90210
Tel:   310-975-1080
Fax:   310-975-1095

Paul R. Kiesel (SBN  119854)
  *kiesel@kiesel.law*
Jeffrey A. Koncius (SBN 189803)
  *koncius@kiesel.law*
Nicole Ramirez (SBN 279017)
  *ramirez@kiesel.law*
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910
Tel:   310-854-4444
Fax:   310-854-0812

Clifford H. Pearson (SBN 108523)
  *cpearson@pswlaw.com*
Daniel L. Warshaw (SBN 185365)
  *dwarshaw@pswlaw.com*
Bobby Pouya (SBN 245527)
  *bpouya@pswlaw.com*
**PEARSON, SIMON & WARSHAW LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Tel:   818-788-8300
Fax:   818-788-8104

*Attorneys for Plaintiffs and the Class*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENNY WILLIAMS, an individual, and THE LENNY WILLIAMS PRODUCTION COMPANY, a California Corporation, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WARNER BROS. RECORDS INC., a Delaware Corporation, and DOES 1-100, <br><br> Defendant. | Case No. 2:18-cv-09691-JWH-PJW <br><br> <u>**CLASS ACTION**</u> <br><br> **NOTICE OF SETTLEMENT** |

1     **PLEASE TAKE NOTICE THAT** pursuant to Local Rule 16-15.7 of the

2  United States District Court, Central District of California, Plaintiffs Leonard

3  Williams and The Lenny Williams Production Company and Defendant Warner

4  Records Inc. (formerly known as Warner Bros. Records Inc. and erroneously sued as

5  Warner Bros. Records, Inc.) (collectively the "Parties"), by and through their counsel

6  of record, hereby notify the Court that this matter has been resolved. The Parties are

7  in the process of memorializing the terms of the settlement into a written agreement

8  which is expected to be finalized and executed within the next thirty days and this

9  matter dismissed within forty-five days.

10     In light of the foregoing, the Parties respectfully request that all deadlines on

11  calendar be vacated and an Order to Show Cause re Dismissal be set no earlier than

12  forty-six days from the filing of this Notice.

13  DATED: January 7, 2022          **KIESEL LAW LLP**

14

15

16          By:      */s/ Nicole Ramirez*
                     Paul R. Kiesel
17                   Jeffrey A. Koncius
                     Nicole Ramirez
18
            **JOHNSON & JOHNSON LLP**
19          Neville L. Johnson
            Douglas L. Johnson
20          Daniel B. Lifschitz

21          **PEARSON, SIMON & WARSHAW
            LLP**
22          Clifford H. Pearson
            Daniel L. Warshaw
23          Bobby Pouya
            *Attorneys for Plaintiffs and the Class*

24

25

26

27

28

NOTICE OF SETTLEMENT